IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02664-GPG

PETE ARCHULETA,

    Plaintiff,

v.

LOU ARCHULETA, In his Individual Capacity,
FRANCEDS FALK, In her Individual Capacity,
TRAVIS TRANI, In his Individual Capacity, and
RICK RAEMISCH, In his Official Capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when appropriate to a **magistrate** judge.   *See* D.C.COLO.LCivR 40.1.   Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when appropriate to a **magistrate** judge.

DATED December 10, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                          Gordon P. Gallagher
                                          United States Magistrate Judge